# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Anita Fisher, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Seterus, Inc. and Nationstar Mortgage, LLC,<br><br>Defendants. | COURT MINUTES – CIVIL<br>BEFORE:  HILDY BOWBEER<br>U.S. MAGISTRATE JUDGE<br><br>Case No:  19-cv-1382 (MJD/HB)<br>Date:  April 17, 2020<br>Courthouse:  Saint Paul<br>Courtroom:  Conference Bridge<br>Recording:  None<br>Time Commenced:  8:30 AM<br>Time Concluded:  8:39 AM<br>Time in Court:  9 Minutes |

Hearing on: **STATUS CONFERENCE**

### APPEARANCES:

Plaintiff: Scott Harris, Edward Maginnis, Michelle Looby

Defendant: Brian A. Kahn, R. Locke Beatty

### PROCEEDINGS:

☐ In Person

☒ By telephone

**Other Remarks:**

Counsel updated the Court on the parties' progress in discovery.  They do not currently anticipate any issues that will require the Court's intervention.  They also reported that a settlement conference would not be productive at this time, as the parties intend to explore possible global resolution of this and related cases with a private mediator.  The Court will hold another status conference by telephone with counsel **at 8:30 a.m. CDT on August 26, 2020**.  Counsel should meet and confer and file a joint update letter, including whether any mediation has been scheduled or held, on or before **August 24, 2020**.  The letter should also provide the names of counsel who will participate on the call.  If there is information regarding the status of mediation and settlement efforts that the parties wish to keep confidential, the parties may submit that additional information in a joint email to chambers.  The Court will circulate conference bridge instructions in advance of the call.

s/ <i>Judith M. Kirby</i><br>Courtroom Deputy