IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ANITA FISHER, on Behalf of Herself and Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SETERUS, INC. and NATIONSTAR MORTGAGE, LLC (*as successor in interest to Seterus, Inc.*)<br>    Defendants. | Civil Action No. 0:19-cv-1382 (MJD-HB) |

## NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiff Anita Fisher ("Plaintiff"), by and through undersigned counsel, hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. In accordance with LR 7.1(a)(1)(B) the parties have conferred and agree to the contents and relief sought in this motion. The parties are presently drafting a written Settlement Agreement and related documents. The parties are working collaboratively to consolidate this matter and the Related Actions in a single forum for the purposes of settlement approval and administration, and will file the necessary papers to seek settlement approval or otherwise resolve this Action by December 17, 2020.

Based on the foregoing, Plaintiff respectfully requests that all current deadlines be suspended pending the filing of the proposed Settlement Agreement. A proposed Order is attached.

1

Respectfully Submitted,                     Dated: November 5, 2020.

**WHITFIELD BRYSON LLP**

/s/ *Scott C. Harris*
Scott C. Harris*
900 W Morgan St.
Raleigh, NC 27603
Tel. (919) 600-5000
Fax (919) 600-5035
scott@whitfieldbryson.com


Michelle J. Looby
Minn. Bar No.: 0388166
Jason S. Kilene
Minn. Bar No.: 024773X
Ling S. Wang
Minn. Bar No.: 0399447
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone:  (612) 333-8844
Facsimile:   (612) 339-6622
mlooby@gustafsongluek.com
jkilene@gustafsongluek.com
lwang@gustafsongluek.com


Edward H. Maginnis*
MAGINNIS LAW, PLLC
4801 Glenwood Ave, Suite 310
Raleigh, NC 27612
Tel. (919) 526-0450
emaginnis@maginnislaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

CASE 0:19-cv-01382-MJD-HB   Doc. 49   Filed 11/05/20   Page 3 of 4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Scott C. Harris*
Scott C. Harris