UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ANITA FISHER, on Behalf of Herself and Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>SETERUS, INC., and NATIONSTAR MORTGAGE LLC (*as successor in interest to Seterus, Inc.*),<br><br>                    Defendants. | Case No. 0:19-cv-01382-MJD-HB<br><br>Hon. Michael J. Davis |

## ORDER

WHEREAS, Plaintiff Anita Fisher and Defendants Seterus, Inc. and Nationstar Mortgage LLC, as successor in interest to Seterus, Inc. (together, "Seterus" or "Defendants")[1] have resolved their dispute to the satisfaction of the parties, as shown in D.E. 51, and intend to settle their claims together with those other actions identified in the Notice of Pendency of Related Actions (D.E. 30) under the province of the United States District Court for the Middle District of North Carolina by filing an Amended Complaint in *Kenneth Koepplinger et al. v. Seterus, Inc.*, Case No. 1:17-cv-00995-CCE-LPA that encompasses Plaintiff's and the putative class members claims, and those of the other plaintiffs in the Related Actions.

---

[1] On February 28, 2019, Nationstar Mortgage, LLC, a Delaware limited liability company completed the acquisition of Seterus. Accordingly, Nationstar Mortgage, LLC is successor in interest to Seterus, and Seterus is now part of Nationstar Mortgage, LLC.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE, with the parties to bear their own costs and attorneys' fees unless otherwise agreed.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED:  December 18, 2020               s/ Michael J. Davis
                                        Michael J. Davis
                                        United States District Court