# UNITED STATES DISTRICT COURT
## District of Minnesota

Anita Fisher

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 19-cv-01382-MJD-HB

Seterus, Inc., Nationstar Mortgage LLC

Defendants.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is DISMISSED WITHOUT PREJUDICE, with the parties to bear their own costs and attorneys' fees unless otherwise agreed.

Date: 12/21/2020

KATE M. FOGARTY, CLERK